IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIMBERLY ANN LEWIS,

    *Plaintiff,*

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    *Defendant.*

CIVIL ACTION
NO. 17-2270

## ORDER

**AND NOW**, this 17th day of July, 2018, upon consideration of the administrative record, (ECF No. 8), Magistrate Judge Perkin's Report and Recommendation, (ECF No. 14), the Commissioner's Objection, (ECF No. 15), Lewis's Response (ECF No. 17) and the Commissioner's Reply (ECF No. 18), it is hereby **ORDERED** that:

1. The Commissioner's objection to the Report and Recommendation is **SUSTAINED**;

2. The Report and Recommendation is **APPROVED in part** and **ADOPTED in part**, consistent with the accompanying Memorandum Opinion;

3. Lewis's Request for Review is **DENIED**;

4. Judgment is **ENTERED** in favor of the Commissioner; and

5. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

/s/ *Gerald J. Pappert*

GERALD J. PAPPERT, J.